# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| AMERICAN HEALTH CARE ASSOCIATION, *et al.*, ) ) ) ) Plaintiffs, ) ) v. ) ) SYLVIA MATHEWS BURWELL, Secretary ) of Health and Human Services, *et al.*, ) ) Defendants. ) | CIVIL ACTION NO. 3:16-cv-00233-MPM-RP |

## ORDER TO STAY PROCEEDINGS

The parties having jointly moved to stay all district court proceedings in this action pending the outcome of defendants' appeal from this Court's Order granting plaintiffs' motion for preliminary injunction (Docket No. 44),

IT IS HEREBY ORDERED that the parties' joint motion is GRANTED;

AND IT IS FURTHER ORDERED that, although the Court's Order of November 7, 2016, is not hereby stayed, all further proceedings in this action are hereby STAYED pending further order of this Court.

SO ORDERED this 9th day of January, 2017.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**