Case: 17-60005    Document: 00513871047    Page: 1    Date Filed: 02/10/2017
Case: 3:16-cv-00233-MPM-RP Doc #: 63 Filed: 02/13/17 1 of 2 PageID #: 42717

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

February 10, 2017

MEMORANDUM TO ALL COUNSEL OR PARTIES LISTED BELOW:

    No. 17-60005    American Health Care Assn, et al v. Thomas Price, et al  
                     USDC No. 3:16-CV-233

The case caption has been changed to substitute Thomas Price in place of Sylvia Matthews Burwell as Secretary of the U.S. Department of Health and Human Services. A copy of the revised caption is attached, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Allison G. Lopez, Deputy Clerk  
504-310-7702

cc:  
    Mr. David Crews  
    Mr. Travis Crum  
    Mr. Archis Ashok Parasharami  
    Mr. Andrew John Pincus  
    Mr. Kevin Scott Ranlett  
    Mr. W. Scott Simpson  
    Mr. Daniel Bentele Hahs Tenny

Case No. 17-60005

AMERICAN HEALTH CARE ASSOCIATION; MISSISSIPPI HEALTH CARE ASSOCIATION; GREAT OAKS REHABILITATION AND HEALTHCARE CENTER; COMMUNITY CARE OF VICKSBURG, L.L.C., doing business as Heritage House Nursing Center; MANSFIELD LONG TERM CARE, L.L.C., doing business as The Pavilion at Creekwood,

    Plaintiffs - Appellees

v.

THOMAS PRICE, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW M. SLAVITT, In his official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services,

    Defendants - Appellants