*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## RE-NOTICE

**AMERICAN HEALTH CARE ASSOCIATION, ET AL.**

**V.**  **CAUSE NUMBER: 3:16CV233 M-P**

**THOMAS PRICE,**
**In his official capacity as Secretary of Health and Human Services, ET AL.**

**TAKE NOTICE** that a proceeding in this case has been **CONTINUED.**

**Type of Proceeding**

**ORAL ARGUMENT SET JULY 20, 2017,**
**BEFORE U.S. DISTRICT JUDGE MICHAEL P. MILLS**
**IS CONTINUED UNTIL FURTHER NOTICE OF THE COURT.**
**[RE: DOCKET NUMBER 62]**

DAVID CREWS, Clerk of Court

　　/s/Sallie Wilkerson
(BY) Sallie Wilkerson  - Courtroom Deputy

Date:  March 22, 2017

To:

- John L. Maxey , II  (electronic notice only)
- Marjorie Selby Self   (electronic notice only)
- Steven Mark Wann   (electronic notice only)
- Andrew J. Pincus  (electronic notice only)
- Archis A. Parasharami  (electronic notice only)
- Kevin S. Ranlett   (electronic notice only)
- W. Scott Simpson    (electronic notice only)
- Joel McElvain   (electronic notice only)
- Lucien Smith   (electronic notice only)

- Deepak Gupta  (electronic notice only)
- Matthew Wessler   (electronic notice only)
- Oliver E. Diaz , Jr.  (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 or by email Sallie_Wilkerson@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS.**