IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 17-60005

———————————

A True Copy
Certified order issued Jun 02, 2017

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

AMERICAN HEALTH CARE ASSOCIATION; MISSISSIPPI HEALTH CARE ASSOCIATION; GREAT OAKS REHABILITATION AND HEALTHCARE CENTER; COMMUNITY CARE OF VICKSBURG, L.L.C., doing business as Heritage House Nursing Center; MANSFIELD LONG TERM CARE, L.L.C., doing business as The Pavilion at Creekwood,

       Plaintiffs - Appellees

v.

THOMAS PRICE, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW M. SLAVITT, In his official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services,

       Defendants - Appellants

———————————

Appeal from the United States District Court for the
Northern District of Mississippi, Oxford

———————————

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of June 02, 2017, pursuant to appellants' motion.

                                LYLE W. CAYCE
                                Clerk of the United States Court
                                of Appeals for the Fifth Circuit

                                By: _____
                                Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT