# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

|  |  |
|---|---|
| AMERICAN HEALTH CARE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS E. PRICE, M.D., Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:16-cv-00233-MPM-RP |

## **ORDER TO CONTINUE STAY OF PROCEEDINGS**

The parties having jointly moved to continue the stay of all district court proceedings in this action pending the completion of proposed rulemaking that bears upon the issues involved in this action and, if a final rule is issued, the taking effect of that new rule (Docket No. 68),

IT IS HEREBY ORDERED that the parties' joint motion is GRANTED;

AND IT IS FURTHER ORDERED that, although the Court's Order of November 7, 2016, is not hereby stayed, all further proceedings in this action shall remain STAYED pending further order of this Court.

SO ORDERED this 13th day of June, 2017.

      /s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**